| | | |
|---|---|---|
| People v Asfour | 4th Dept: 148 AD3d 1669 | denied |
| People v Britton | 2d Dept: 148 AD3d 1064 | granted |
| People v Diaz | 1st Dept: 150 AD3d 60 | granted |
| People v Johnson | 4th Dept: 148 AD3d 1802 | denied |
| People v King | 4th Dept: 148 AD3d 1599 | denied* |
| People v McCall | 4th Dept: 148 AD3d 1769 | denied |
| People v Newman | 4th Dept: 148 AD3d 1600 | denied |
| People v Sakowski | 2d Dept: 149 AD3d 882 | denied* |
| People ex rel. Azor v Saunders | App Div, 2d Dept: 2016 NY Slip Op 90909(U) | denied |
| People ex rel. Campbell v Colvin | 4th Dept: 148 AD3d 1747 | denied |
| People ex rel. Cole v Graham | 4th Dept: 147 AD3d 1350 | denied* |
| Prospect Funding Holdings L.L.C. v Maslowski | 1st Dept: 146 AD3d 535 | denied |
| Quishpi v 80 WEA Owner, LLC | App Div, 1st Dept: 2017 NY Slip Op 66397(U) | denied |
| Schroeder v State of New York | 3d Dept: 145 AD3d 1204 | denied |
| Williams, Matter of, v Yearwood | 1st Dept: 147 AD3d 469 | denied* |

## Decided June 29, 2017

| | | |
|---|---|---|
| Coöperative Centrale Raiffeisen-Boerenleenbank B.A., "Rabobank Intl.," N.Y. Branch v Atradius Credit Ins. N.V. | 1st Dept: 149 AD3d 416 | denied |
| Couri v Siebert | App Div, 1st Dept: 2017 NY Slip Op 70566(U) | denied |
| E.W. Howell Co., LLC v City Univ. Constr. Fund | 1st Dept: 149 AD3d 479 | denied |
| Green, Matter of, v Chappius | 3d Dept: 147 AD3d 1129 | denied |
| Kowal, Matter of, v DiNapoli | 3d Dept: 145 AD3d 1152 | granted |
| Lau v Margaret E. Pescatore Parking, Inc. | 1st Dept: 145 AD3d 567 | granted |
| People v Brown | 1st Dept: 149 AD3d 411 | denied* |

* Motion for poor person relief dismissed as academic or denied.